1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JUAN M. RODRIGUEZ BELTRAN, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM, GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 5:15-cv-04981-BLF<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT TERRAFORM GLOBAL, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| ANTON S. BADRI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM GLOBAL, INC., et al.<br><br>Defendants. | Case No. 3:16-cv-02269-WHO |

[Caption continued on following page.]

| | |
|---|---|
| SIMON FRASER, Individually and on Behalf of Others Similarly Situated, | Case No. 5:16-cv-02273-LHK |
| Plaintiff, | |
| vs. | |
| TERRAFORM GLOBAL, INC., et al., | |
| Defendants. | |
| GLENVIEW CAPITAL PARTNERS, L.P., et al. | Case No. 3:16-cv-02264-JCS |
| Plaintiffs, | |
| vs. | |
| SUNEDISON, INC., et al., | |
| Defendants. | |
| IRON WORKERS MID-SOUTH PENSION FUND, on Behalf of Itself and All Others Similarly Situated, | Case No. 3:16-cv-02270-EMC |
| Plaintiff | |
| vs. | |
| TERRAFORM GLOBAL, INC., et al., | |
| Defendants. | |
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, | Case No. 3:16-cv-02267-TEH |
| Plaintiff, | |
| vs. | |
| SUNEDISON, INC., et al., | |
| Defendants. | |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | OMEGA CAPITAL INVESTORS, L.P., et al., ) | Case No. 4:16-cv-02268-PJH |
| 2 | Plaintiffs,   ) | |
| 3 | vs.   ) | |
| 4 | SUNEDISON, INC., et al.   ) | |
| 5 | Defendants.   ) | |
| 6 | MITESH PATEL, Individually and on Behalf ) of All Others Similarly Situated,   ) | Case No. 3:16-cv-02272-WHA |
| 7 | | |
| 8 | Plaintiff   ) | |
| 9 | vs.   ) | |
| 10 | TERRAFORM GLOBAL, INC., et al.,   ) | |
| 11 | Defendants.   ) | |
| 12 | PYRAMID HOLDINGS, INC., Individually ) and on Behalf of All Others Similarly Situated, ) | Case No. 5:15-cv-05068-BLF |
| 13 | Plaintiff,   ) | |
| 14 | vs.   ) | |
| 15 | TERRAFORM GLOBAL, INC., et al.,   ) | |
| 16 | Defendants.   ) | |
| 17 | CHARLES BLOOM AND SHARON ) BURNSTEIN, Individually and on Behalf of ) | Case No. 3:16-cv-02265-RS |
| 18 | All Others Similarly Situated,   ) | |
| 19 | Plaintiffs,   ) | |
| 20 | vs.   ) | |
| 21 | SUNEDISON, INC., et al.   ) | |
| 22 | Defendants.   ) | |
| 23 | [Caption continued on following page.] | |

[Caption continued on following page.]

| | | |
|---|---|---|
| COBALT PARTNERS, LP, et al., | ) | Case No. 3:16-cv-02263-WHA |
| Plaintiffs, | ) | |
| vs. | ) | |
| SUNEDISON, INC., et al., | ) | |
| Defendants. | ) | |

Defendant Terraform Global, Inc.'s Administrative Motion to Consider Whether Cases Should be Related is GRANTED IN PART AND DENIED IN PART as follows:

(1) The following actions ARE RELATED to *Beltran v. Terraform Global, Inc., et al.*, Case No. 5:15-cv-04981, as they relate to the July 31, 2015 Terraform Global initial public offering. The Clerk Court SHALL REASSIGN the following actions to the undersigned[1]:

    a. *Oklahoma Firefighters Pension and Retirement System v. SunEdison, Inc., et al.*, Case No. 3:16-cv-02267-TEH;
    b. *Anton S. Badri v. TerraForm Global, Inc., et al.*, Case No. 3:16-cv-02269-WHO;
    c. *Iron Workers Mid-South Pension Fund v. TerraForm Global, Inc., et al.*, Case No. 3:16-cv-02270-EMC;
    d. *Mitesh Patel v. TerraForm Global, Inc., et al.*, Case No. 3:16-cv-02272-WHA;
    e. *Simon Fraser v. TerraForm Global, Inc., et al.*, Case No. 3:16-cv-02273-LHK.

(2) The following actions ARE NOT RELATED to *Beltran v. Terraform Global, Inc., et al.*, Case No. 5:15-cv-04981, as they relate to different offerings (offerings other than the July 31, 2015 Terraform Global initial public offering):

    f. *Cobalt Partners, L.P. v. SunEdison, Inc., et al.*, Case No. 3:16-cv-02263-WHA;
    g. *Glenview Capital Partners, L.P. v. SunEdison, Inc., et al.*, Case No. 3:16-cv-02264-JCS;
    h. *Bloom v. SunEdison, Inc., et al.*, Case No. 3:16-cv-02265-RS;
    i. *Omega Capital Investors, L.P. v. SunEdison, Inc., et al*, Case No. 4:16-cv-02268-PJH.

Dated: May 10, 2016

BETH LABSON FREEMAN
United States District Judge

---

[1] *Pyramid Holdings, Inc. v. Terraform Global, Inc.*, et al., Case No. 5:15-cv-05068-BLF, previously has been related to the *Beltran* action; thus no order is necessary as to *Pyramid*.