Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Glenview Capital Partners, L.P., et. al.

Plaintiff(s),

v.

SunEdison Inc., et. al.

Defendant(s).

Case No: 16-cv-2264

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Rhiannon A. Campbell, an active member in good standing of the bar of Mass. Supreme Judic. Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Carlos Domenech Zornoza in the above-entitled action. My local co-counsel in this case is Ismail Ramsey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 28 State Street<br>Boston, MA 02109 | 803 Hearst Ave<br>Berkeley, CA 94710 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 345-9000 | (510) 548-3600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rcampbell@hinckleyallen.com | izzy@ramsey-ehrlich.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 682193.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/20/16

Rhiannon A. Campbell
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rhiannon A. Campbell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 20, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE