IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBALT PARTNERS, LP, COBALT PARTNERS II, LP, COBALT OFFSHORE MASTER FUND, LP AND COBALT KC PARTNERS, LP, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>SUNEDISON, INC., AHMAD CHATILA, BRIAN WUEBBELS, MARTIN TRUONG, ALEJANDRO HERNANDEZ, EMMANUEL HERNANDEZ, ANTONIO R. ALVAREZ, PETER BLACKMORE, CLAYTON DALEY JR., GEORGANNE PROCTOR, STEVEN TESORIERE, JAMES B. WILLIAMS, RANDY H. ZWIRN, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., MACQUARIE CAPITAL (USA), INC., MCS CAPITAL MARKETS LLC and DOES 1- 25, inclusive, <br><br>　　　　Defendants. <br><br>AND RELATED CASES. | No. C 16-02263 WHA <br><br>*Related Cases:* <br><br>Case No. 3:16-cv-02264-WHA <br>Case No. 3:16-cv-02265-WHA <br>Case No. 3:16-cv-02268-WHA <br><br>**NOTICE REGARDING POSTPONEMENT OF HEARING ON MOTION TO DISMISS** |

For the benefit of counsel, notice is hereby provided that the hearing on the motion to dismiss in *Cobalt Partners, LP, et al. v. SunEdison, Inc., et al.*, Case No. 3:16-cv-02263-WHA, has been postponed to a date to be determined after resolution of the pending motion to remand and motion to transfer.

**United States District Court**
For the Northern District of California

The hearings on the motions to remand and motions to transfer will take place as scheduled on August 18, 2016, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: August 4, 2016.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2