Sara B. Brody, SBN 130222
sbrody@sidley.com
Jaime A. Bartlett, SBN 251825
jbartlett@sidley.com
Sarah A. Hemmendinger, SBN 298659
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Norman J. Blears, SBN 95600
nblears@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California  94304
Telephone:  (650) 565-7000
Facsimile:  (650) 565-7100

Robin Wechkin (Admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Telephone:  (206) 262-7680

*Attorneys for Defendants Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COBALT PARTNERS, LP, et al.,<br>               Plaintiffs,<br><br>vs.<br><br>SUNEDISON , INC., et al.,<br>               Defendants. | Related Case No. 3:16-cv-02263-WHA<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER OF ADR DEADLINES**<br><br>Judge:  Hon. William Alsup |

| | |
|---|---|
| GLENVIEW CAPITAL PARTNERS, L.P., et al., <br>          Plaintiffs, <br><br>    vs. <br><br> SUNEDISON , INC., et al., <br>          Defendants. | Related Case No. 3:16-cv-02264-WHA |
| CHARLES BLOOM, et al., <br><br>          Plaintiffs, <br><br>    vs. <br><br> SUNEDISON , INC., et al., <br>          Defendants. | Related Case No. 3:16-cv-02265-WHA |
| OMEGA CAPITAL INVESTORS, L.P., et al., <br>          Plaintiffs, <br><br>    vs. <br><br> SUNEDISON , INC., et al., <br>          Defendants. | Related Case No. 3:16-cv-02268-WHA |

1   Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their respective
2   undersigned counsel of record, submit the following stipulation and proposed order:
3   WHEREAS, on April 27, 2016 an Initial Case Management Scheduling Order with ADR
4   Deadlines was entered in the case captioned *Cobalt Partners, L.P. v. SunEdison, Inc. et al.*, 3:16-
5   cv-2263 ("*Cobalt*");
6   WHEREAS the Initial Case Management Conference in *Cobalt* is set for August 18, 2016.
7   [Dkt. 48], and the corresponding deadline to file ADR Certifications and a Notice of Need for
8   ADR Phone Conference or Stipulation to ADR Process is July 28, 2016;
9   WHEREAS, on April 28, 2016 an Initial Case Management Scheduling Order with ADR
10  Deadlines was entered in the case captioned *Glenview Capital Partners, L.P. v. SunEdison, Inc. et
11  al.*, 3:16-cv-2264 ("*Glenview*");
12  WHEREAS the Initial Case Management Conference in *Glenview* is set for August 18,
13  2016. [*Glenview* Dkt. 48], and the corresponding deadline to file ADR Certifications and a Notice
14  of Need for ADR Phone Conference or Stipulation to ADR Process is July 28, 2016;
15  WHEREAS, on April 28, 2016 an Initial Case Management Scheduling Order with ADR
16  Deadlines was entered in the case captioned *Bloom v. SunEdison, Inc. et al.*, 3:16-cv-2265
17  ("*Bloom*");
18  WHEREAS the Initial Case Management Conference in *Bloom* is set for August 18, 2016.
19  [*Bloom* Dkt. 20], and the corresponding deadline to file ADR Certifications and a Notice of Need
20  for ADR Phone Conference or Stipulation to ADR Process is July 28, 2016;
21  WHEREAS, on April 27, 2016 an Initial Case Management Scheduling Order with ADR
22  Deadlines was entered in the case captioned *Omega Capital Partners L.P. v. SunEdison, Inc. et al.*,
23  3:16-cv-2268 ("*Omega*");
24  WHEREAS the Initial Case Management Conference in *Omega* is set for August 18, 2016.
25  [*Omega* Dkt. 43], and the corresponding deadline to file ADR Certifications and a Notice of Need
26  for ADR Phone Conference or Stipulation to ADR Process is July 28, 2016;
27  WHEREAS, Defendants have requested additional time to fully discuss available ADR
28  options with their clients, many of whom are individuals, and to gather their clients' signatures;

WHEREAS, Defendants have met and conferred with Plaintiffs over the requested extension, and agreed to extend the deadline to file the ADR Certifications and a Notice of Need for ADR Phone Conference or Stipulation to ADR Process until August 11, 2016;

WHEREAS, the agreed extension will not delay any scheduled hearings;

WHEREAS, Plaintiffs previously agreed to provide Defendants an extension of time to respond to the Complaints in *Cobalt, Omega*, and *Glenview*, and Defendants' deadlines to respond in *Omega* and *Glenview* were further extended by grant of Defendants' Administrative Motions to Extend Time, and Plaintiffs in *Bloom* previously agreed that Defendants are not required to respond to the Complaint until after the motion to transfer and motion to remand are decided;

WHEREAS, the Court has previously ordered, pursuant to stipulation, an extension of time to file opposition and reply briefs to Defendants' motion to dismiss *Cobalt*;

WHEREAS, the Court has previously ordered, pursuant to stipulation, an extension of time to file opposition and reply briefs to Defendants' motions to transfer in *Bloom, Cobalt, Omega,* and *Glenview*, and Plaintiffs' motions to remand in *Bloom, Cobalt, Omega,* and *Glenview*;

WHEREAS, no other extensions of time have been granted in these actions;

NOW THEREFORE, the parties hereby agree, and request the court to order that:

1. The deadline to file ADR Certifications is extended to August 11, 2016;
2. The deadline to file a Notice of Need for ADR Phone Conference or Stipulation to ADR Process is extended to August 11, 2016;

Dated: July 28, 2016                    Respectfully Submitted,

By:   *s/ Sara B. Brody*
Sara B. Brody, SBN 130222
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
sbrody@sidley.com

*Attorneys for SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn*

By:   *s/ Jie Li*
Jie (Lisa) Li, SBN 260474
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile (650) 858-6100
Lisa.Li@wilmerhale.com

Michael Bongiorno (admitted *pro hac vice*)
Timothy Perla (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile (617) 526-5000
Michael.Bongiorno@wilmerhale.com
Timothy.Perla@wilmerhale.com

*Attorneys for TerraForm Global, Inc., and Peter Blackmore*

|   |   |
|---|---|
| By: | *s/ Ismail J. Ramsey* |
|   | Ismail J. Ramsey (SBN 189820) |
|   | RAMSEY & EHRLICH LLP |
|   | 803 Hearst Ave |
|   | Berkeley, CA 94710 |
|   | Tel: (510) 548-3600 |
|   | Fax: (510) 291-3060 |
|   | izzy@ramsey-ehrlich.com |

Kevin J. O'Connor  (Admitted *Pro Hac Vice*)
HINCKLEY ALLEN
28 State Street
Boston, MA 02109-1775
Tel: (617) 378-4190
Fax: (617) 378-4191
koconnor@hinkleyallen.com

*Attorneys for Carlos Domenech Zornoza*


By:     *s/ Daniel H. Bookin*
        Daniel H. Bookin (SBN 78996)
        O'MELVENY & MYERS LLP
        Two Embarcadero Center, 28th Floor
        San Francisco, CA 94111
        Telephone: (415) 984-8700
        Facsimile: (415) 984-8701
        dbookin@omm.com

*Attorneys for Alejandro Hernandez*


By:     *s/ Patrick D. Robbins*
        Patrick D. Robbins, SBN 152288
        SHEARMAN & STERLING LLP
        535 Mission Street, 25th Floor
        San Francisco, CA  94105
        Telephone:  (415) 616-1210
        Facsimile:   (415) 616-1199
        probbins@shearman.com

Adam S. Hakki (Admitted *pro hac vice*
Daniel C. Lewis (Admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Facsimile:   (646) 848-4924
ahakki@shearman.com
daniel.lewis@shearman.com

*Attorneys for Underwriters*

7

STIPULATION AND [PROPOSED] SCHEDULING ORDER OF ADR DEADLINES;
RELATED CASE NOS. 3:16-CV-02263-WHA, 3:16-CV-02264-WHA, 3:16-CV-2265-WHA, AND 3:16-CV-02268-WHA

|     |     |
| --- | --- |
| By: | *s/ Jennifer N. Caringal* |
|     | Jennifer N. Caringal, SBN 286197 |
|     | Darren J. Robbins, SBN 168593 |
|     | James I. Jaconette, SBN 179565 |
|     | Scott H. Saham, SBN 188355 |
|     | ROBBINS GELLER RUDMAN & DOWD LLP |
|     | 655 West Broadway, Suite 1900 |
|     | San Diego, CA 92101 |
|     | Telephone:  (619) 231-1058 |
|     | Facsimilie:  (619) 231-7423 |
|     |     |
|     | Dennis J. Herman, SBN 220163 |
|     | David W. Hall, SBN 274921 |
|     | ROBBINS GELLER RUDMAN & DOWD LLP |
|     | Post Montgomery Center |
|     | One Montgomery Street, Suite 1800 |
|     | San Francisco, CA 94104 |
|     | Telephone:  (415) 288-4545 |
|     | Facsimilie:  (415) 288-4534 |
|     |     |
|     | *Attorneys for Plaintiffs Cobalt Partners, L.P., Cobalt Partners II, LP, Cobalt Offshore Master Fund LP, Cobalt KC Partners, LP, Glenview Capital Partners, L.P., Omega Capital Investors, L.P., Omega Capital Partners, L.P., Omega Equity Investors, L.P., Omega Overseas Partners, LTD, Glenview Institutional Partners, L.P., Glenview Capital Master Fund, Ltd., Glenview Capital Opportunity Fund, L.P., Glenview Offshore Opportunity Master Fund, Ltd.* |
| By: | *s/ John Jasnoch* |
|     | John Jasnoch, (CA. BAR NO. 281605) |
|     | JOHN T. JASNOCH |
|     | 707 Broadway, Suite 1000 |
|     | San Diego, CA 92101 |
|     | Telephone: 619 233-4565 |
|     | Facsimile: (619) 233-0508 |
|     | jjasnoch@scott-scott.com |
|     |     |
|     | *Attorneys for Plaintiffs Charles Bloom and Sharon Burnstein* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 8, 2016.

_____

Honorable William Alsup

United States District Judge

8

STIPULATION AND [PROPOSED] SCHEDULING ORDER OF ADR DEADLINES;
RELATED CASE NOS. 3:16-CV-02263-WHA, 3:16-CV-02264-WHA, 3:16-CV-2265-WHA, AND 3:16-CV-02268-WHA