ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS (168593)
JAMES I. JACONETTE (179565)
SCOTT H. SAHAM (188355)
SUSAN G. TAYLOR (190753)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jamesj@rgrdlaw.com
scotts@rgrdlaw.com
susant@rgrdlaw.com
jcaringal@rgrdlaw.com
        – and –
DENNIS J. HERMAN (220163)
DAVID W. HALL (274921)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
dhall@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COBALT PARTNERS, LP, et al., ) | Case No. 3:16-cv-02263-WHA |
| ) | |
| Plaintiffs, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | SCHEDULING ORDER |
| vs. ) | |
| ) | |
| SUNEDISON, INC., et al., ) | |
| ) | |
| Defendants. ) | |

[Caption continued on following page.]

1178341_1

| | | |
|---|---|---|
| 1 | GLENVIEW CAPITAL PARTNERS, L.P., et al., ) | Case No. 3:16-cv-02264-WHA |
| 2 | ) | |
| 3 | Plaintiffs, ) ) | |
| 4 | vs. ) ) | |
| 5 | SUNEDISON, INC., et al., ) ) | |
| 6 | Defendants. ) ) | |
| 7 | OMEGA CAPITAL INVESTORS, L.P., et al., ) ) | Case No. 3:16-cv-02268-WHA |
| 8 | Plaintiffs, ) ) | |
| 9 | vs. ) ) | |
| 10 | SUNEDISON, INC., et al., ) ) | |
| 11 | Defendants. ) ) | |

1178341_1

1  Pursuant to the Court's instruction during the August 18, 2016 hearing in the above-
2  captioned actions, the parties, by and through their respective undersigned counsel of record, submit
3  the following stipulation and proposed order:
4  WHEREAS, on March 28, 2016, the action captioned *Cobalt Partners, LP, et al. v.*
5  *SunEdison, Inc., et al.* ("*Cobalt*") was filed in the Superior Court of California, San Mateo County;
6  WHEREAS, on March 29, 2016, the action captioned *Glenview Capital Partners, L.P., et al.*
7  *v. SunEdison, Inc., et al.* ("*Glenview*") was filed in the Superior Court of California, San Mateo
8  County;
9  WHEREAS, on March 30, 2016, the action captioned *Omega Capital Investors, L.P., et al. v.*
10 *SunEdison, Inc., et al.* ("*Omega*") was filed in the Superior Court of California, San Mateo County;
11 WHEREAS, on April 26, 2016, defendants removed the *Cobalt*, *Glenview* and *Omega*
12 actions to federal court;
13 WHEREAS, on August 12, 2016, defendants, pursuant to extensions of time previously
14 agreed to by plaintiffs and granted by the Court, filed eight motions to dismiss the *Glenview* and
15 *Omega* complaints and two joinders on a variety of grounds (*see Omega* Dkt. Nos. 118, 120, 121,
16 123, 125; *Glenview* Dkt. Nos. 129, 131, 133, 134, 136) (collectively, the "Motions");
17 WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, plaintiffs' responses to the Motions would
18 be due by August 26, 2016, and defendants' replies would be due by September 2, 2016;
19 WHEREAS, the hearing on the Motions was set for September 22, 2016, a date on which
20 plaintiffs' counsel is unavailable;
21 WHEREAS, in the *Cobalt* action, defendants' motion to dismiss is fully briefed, and on
22 August 4, 2016, the Court entered an order postponing the hearing on the motion to dismiss until a
23 date to be determined after resolution of the pending motions to remand and transfer;
24 WHEREAS, a hearing on motions to establish an MDL proceeding including the *Cobalt*,
25 *Glenview* and *Omega* actions is set for September 29, 2016 in Washington D.C. and the hearing on
26 motions to remand or transfer the *Terraform Global Inc. IPO* actions pending in front of Judge
27 Freeman is set for October 6, 2016;
28

WHEREAS, due to the number and complexity of the issues raised in defendants' Motions and in light of other pending or anticipated filings in these actions, plaintiffs have requested additional time to prepare their responses to defendants' Motions; and

WHEREAS, the Court, at the August 18, 2016 hearing, said it would grant plaintiffs an additional two weeks and defendants an additional one week to submit their opposition and reply briefs on the Motions.

NOW THEREFORE, the parties hereby agree and stipulate to the following:

1. Plaintiffs' oppositions to the Motions shall be filed on or before September 9, 2016;

2. Defendants' replies in support of their Motions shall be filed on or before September 23, 2016; and

3. The hearing on the motions to dismiss in the *Cobalt*, *Glenview* and *Omega* actions shall be reset for October 13, 2016 or such other date as may be determined by the Court.

IT IS SO STIPULATED.

DATED: August 22, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
DAVID W. HALL

             s/Dennis J. Herman
            DENNIS J. HERMAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JAMES I. JACONETTE
SCOTT H. SAHAM
SUSAN G. TAYLOR
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 22, 2016 | WILMER CUTLER PICKERING |
| 3 | | HALE AND DORR LLP |
| | | MICHAEL BONGIORNO |
| 4 | | TIMOTHY PERLA |

<pre>
                                    s/Timothy Perla
                                   _____
                                   TIMOTHY PERLA

                                   60 State Street
                                   Boston, MA  02109
                                   Telephone: 617/526-6000
                                   617/526-5000 (fax)

                                   WILMER CUTLER PICKERING
                                      HALE AND DORR LLP
                                   JIE (LISA) LI (260474)
                                   950 Page Mill Road
                                   Palo Alto, California 94304
                                   Telephone:  650/858-6000
                                   650/858-6100 (fax)

                                   Attorneys for Defendants TerraForm Global, Inc.,
                                   TerraForm Global, LLC and Peter Blackmore
</pre>

DATED:  August 22, 2016           SIDLEY AUSTIN LLP
                                   SARA B. BRODY (130222)
                                   JAIME A. BARLETT (251825)
                                   SARAH A. HEMMENDINGER (298659)

<pre>
                                     s/Jaime A. Barlett
                                   _____
                                   JAIME A. BARLETT

                                   555 California Street, Suite 2000
                                   San Francisco, CA  94104
                                   Telephone:  415/772-1200
                                   415/772-7400 (fax)

                                   SIDLEY AUSTIN LLP
                                   NORMAN J. BLEARS (95600)
                                   1001 Page Mill Road, Building 1
                                   Palo Alto, CA  94304
                                   Telephone: 650/565-7000
                                   650/565-7100 (fax)
</pre>

|    |                          |                                                                                              |
|----|--------------------------|----------------------------------------------------------------------------------------------|
| 1  |                          |                                                                                              |
| 2  |                          | SIDLEY AUSTIN LLP<br>ROBIN WECHKIN<br>701 Fifth Avenue, Suite 4200                            |
| 3  |                          | Seattle, WA 98104<br>Telephone: 206/262-7680                                                  |
| 4  |                          | 650/565-7100 (fax)                                                                           |
| 5  |                          | Attorneys for Defendants Ahmad Chatila, Jeremy Avenier, Brian Wuebbels, Martin Truong, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams and Randy H. Zwirn |

DATED: August 22, 2016

RAMSEY & EHRLICH LLP
ISMAIL J. RAMSEY (189820)
KATHARINE ANN KATES (155534)

                    s/Ismail J. Ramsey
                    ISMAIL J. RAMSEY

803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510/548-3600
510/291-3060 (fax)

HINCKLEY ALLEN & SNYDER LLP
KEVIN J. O'CONNOR
JAMES L. TUXBURY
RHIANNON A. CAMPBELL
28 State Street
Boston, MA 02109-1775
Telephone: 617/378-4190
617/378-4191 (fax)

Attorneys for Defendant Carlos Domenech Zornoza

DATED: August 22, 2016

O'MELVENY & MYERS LLP
DANIEL H. BOOKIN (78996)

                    s/Daniel H. Bookin
                    DANIEL H. BOOKIN

Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: 415/984-8700
415/984-8701 (fax)

Attorneys for Defendant Alejandro Hernandez

DATED: August 22, 2016            SHEARMAN & STERLING LLP
                                  PATRICK D. ROBBINS (152288)


                                         s/Patrick D. Robbins
                                       PATRICK D. ROBBINS

535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415/616-1210
415/616-1199 (fax)

SHEARMAN & STERLING LLP
ADAM S. HAKKI
DANIEL C. LEWIS
599 Lexington Avenue
New York, NY 10022-6069
Telephone: 212/848-4000
646/848-4924 (fax)

Attorneys for Defendants Goldman, Sachs & Co., J.P. Morgan Securities LLC, Barclays Capital Inc., Citigroup Global Markets Inc., Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., BTG Pactual US Capital LLC, Itaú BBA USA Securities, Inc., SMBC Nikko Securities America Inc., SG Americas Securities, LLC and Kotak Mahindra, Inc.

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __August 22, 2016.__            _____
                                       THE HONORABLE WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE